Gregory G. Barnett, Esq. (GGB-3751)
CASEY & BARNETT, LLC
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-----------------------------------------------------------------X

DEL MONTE FRESH PRODUCE INT'L INC.

        Plaintiff,

- against -

MV CANBERRA EXPRESS her engines, boilers, tackle, furniture, apparel, etc., *in rem* and CMA-CGM (AMERICA) INC. AND CMA-CGM S.A., *in personam*

        Defendants.
-----------------------------------------------------------------X

2007 Civ.

**FED.R.CIV.P. 7.1**
**STATEMENT**

NOW comes plaintiff, DEL MONTE FRESH PRODUCE INT'L, INC. and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

FRESH DEL MONTE PRODUCE INC. is the publicly traded parent of Plaintiff.

Dated: New York, New York
       May 14, 2007

                          Casey & Barnett, LLP
                          Attorneys for Plaintiff

                          By: _____
                             Gregory G. Barnett (GGB-3751)
                             317 Madison Avenue, 21st Floor
                             New York, New York 10017
                             (212) 286-0225